**Order entered October 4, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00313-CR

**CARLA GAY JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA17-40154-L**

## ORDER

Before the Court is appellant's October 2, 2018 final motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief received on September 28, 2018 filed as of the date of this order.

.

/s/     CRAIG STODDART
JUSTICE